IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BROOKE G. BURKS, | |
| Plaintiff, | CIVIL ACTION NO. 2:17-cv-09972-SSV-KWR |
| vs. | |
| | JUDGE SARAH S. VANCE |
| WRIGHT NATIONAL FLOOD INSURANCE SERVICES, LLC, | MAGISTRATE JUDGE KAREN WELLS ROBY |
| Defendant. | |

## JOINT MOTION FOR ENTRY OF CONSENT ORDER

COMES NOW Plaintiff Brooke G. Burks and Defendants Wright National Flood Insurance Services, LLC ("WNFIS") and Wright National Flood Insurance Company ("Wright")[1], which appears solely in its capacity as a Write-Your-Own Program ("WYO") insurance carrier participating in the United States Government's National Flood Insurance Program ("NFIP"), pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended,[2] appearing in its "fiduciary"[3] capacity as the "fiscal agent of the United States,"[4] by their respective counsel, and move for entry of the Consent Order extending the time within which Defendant(s) may file a response through and including March 23, 2018.

WHEREFORE, the Parties respectfully requests that the Court enter the proposed Consent Order extending the time within which Defendant(s) may file a response through and including March 23, 2018.

---

[1] The Plaintiff improperly names Wright National Flood Insurance Services, LLC ("WNFIS") as the Defendant in this matter, alleging that WNFIS issued the flood policy to the Plaintiff. The Standard Flood Insurance Policy was issued by Wright National Flood Insurance Company, while acting in its capacity as a Write-Your-Own Program insurance carrier, and not WNFIS. A copy of the Flood Declarations Page is attached hereto as Exhibit 1.

[2] 42 U.S.C. § 4001, et seq.

[3] *See* 44 C.F.R. § 62.23(f).

[4] 42 U.S.C. § 4071(a)(1); *Wright v. Allstate Ins. Co.*, 415 F.3d 384, 386 (5th Cir. 2005).

Dated: March 7, 2018

By: *Counsel for Defendants,*
Wright National Flood Insurance Services, LLC and Wright National Flood Insurance Company,

*/s/ Dan R. Dorsey*
Dan Richard Dorsey (#18188)
Porteous, Hainkel & Johnson, LLP
408 N. Columbia Street
Covington, Louisiana 70433
Direct Dial: 985-246-7446
Direct Fax: 985-246-7447
ddorsey@phjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2018, a copy of the foregoing document was filed with the Clerk of Court by using CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Dan R. Dorsey*
DAN R. DORSEY