

# WRIGHT
Wright National Flood Insurance Company *Flood*

A Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

FFIP 99-001-1214
0082144
1/20/16

2000 11523 FLD   PREF

## FLOOD DECLARATIONS PAGE
### RENEWAL

| Policy Number | NFIP Policy Number | Product Type:  Preferred Risk Policy |
|---|---|---|
| 17 1150794118 | 05 1150794118 | Dwelling Form |

| Policy Period | Date of Issue | Agent Code | Prior Policy Number |
|---|---|---|---|
| From:  1/26/16  To:   1/26/17  12:01 am Standard Time | 01/20/2016 | 0082144 | 17 1150794118     04 |

Agent (985)345-7563
GENDUSA INSURANCE AGENCY INC
804 ROMA AVE
HAMMOND LA 70403-5458

BROOK BURKS
21289 BEAU CHATEAU BLVD
PONCHATOULA LA 70454-5662

Property Location (if other than above)          Address may have been changed in accordance with USPS standards.
 21289 BEAU CHATEAU BLVD, PONCHATOULA LA 70454

### Rating Information

Building Occupancy: Single Family
Primary Residence: Y
Number of Floors: One Floor
Building Indicator: Non-Elevated
Basement/Enclosure/Crawlspace:
No Basement
Condo Type: N/A

Community Name: TANGIPAHOA PARISH
Community #: 220206                    Map Panel/Suffix: 0455 F
Community Rating:
Program Status: Regular              Grandfathered: No
Flood Risk/Rated Zone: X

| Coverage | | Deductible | Premium |
|---|---|---|---|
| BUILDING | $200,000 | $1,250 | $321.00 |
| CONTENTS | $80,000 | $1,250 | $.00 |
| | | ANNUAL SUBTOTAL: | $321.00 |
| | | DEDUCTIBLE DISCOUNT/SURCHARGE: | $.00 |
| | | ICC PREMIUM: | $5.00 |
| | | COMMUNITY RATING DISCOUNT: | $.00 |
| | | SUB-TOTAL: | $326.00 |
| | | RESERVE FUND ASSESSMENT: | $32.00 |
| | | PROBATION SURCHARGE: | $.00 |
| | | FEDERAL POLICY SERVICE FEE: | $22.00 |
| | | HFIAA SURCHARGE: | $25.00 |
| | | TOTAL OF PREMIUMS AND FEES: | $405.00 |

### THIS IS NOT A BILL

**DEAR MORTGAGEE**

The Reform Act of 1994 requires you to notify the WYO company for this policy within 60 days of any changes in the servicer of this loan.

The above message applies only when there is a mortgagee on the insured location.

Premium Paid by:   Insured

### Special Provisions:

This policy covers only one building. If you have more than one building on your property, please make sure they are all covered. See III. Property Covered within your Flood policy for the NFIP definition of "building" or contact your agent, broker, or insurance company. Coverage Limitations may apply. Please refer to your Flood Insurance Policy Form for details.

### Forms and Endorsements:

WFL 99.414 0414 0614          FFL 99.310 1012 1010          WFL 99.116 0614 0614

This policy is issued by
Wright National Flood Insurance Company A stock company
Copy Sent To: As indicated on back or additional pages, if any.

H. Neal Conolly, President

0082144171150794118160206020                    00009

Company



Burks_Brook Policy 0075

FFIP 99-001-1214
0082144
1/20/16

17 1150794118    05

Agent (985)345-7563
  GENDUSA INSURANCE AGENCY INC
  804 ROMA AVE
  HAMMOND LA 70403-5458

First Mortgagee
  Loan 0053577839
  M & T BANK
  ISAOA
  PO BOX 5738
  SPRINGFIELD OH 45501-5738

Claims Information:
Please contact your agent or go to www.wrightflood.com to enter your claim as well as
receive important information to mitigate the damage to your property.  If you need to
reach the insurance company the number is 1-800-725-9472.

0082144171150794118160020            00009



                           Company

Burks_Brook Policy 0076